# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANTHONY SMITH,

    Petitioner,

-vs-                                            Case No. 8:12-CV-58-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

THIS cause is before the Court on Petitioner's Affidavit of Insolvency for Purpose of Appeal (Dkt. 34), and Certificate of Appealability (Dkt. 35). Petitioner requests the Court grant a certificate of appealability, and leave to proceed on appeal *in forma pauperis*. When the Court dismissed Petitioner's § 2254 petition as time-barred on November 7, 2012 (see Dkt. 32), the Court also denied Petitioner a certificate of appealability and leave to appeal *in forma pauperis* (Id. at pg. 10).

Accordingly, the Court **ORDERS** that:

1.    Petitioner's Affidavit of Insolvency for Purpose of Appeal (Dkt. 34) is **DENIED**.

2.    Petitioner's Certificate of Appealability (Dkt. 35) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on December 20, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Counsel of Record